1 Thomas J. Nolan (SBN: 48413)

Nolan, Armstrong & Barton, LLP
600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorneys for Defendant
Jack Stringer

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY MARASCO, ET AL.,<br><br>Defendants. | No. CR 11-00295 EJD/HRL<br><br>**STIPULATION, REQUEST AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE REFERRAL** |

The parties, the Government, and all defendants in the above-captioned matter, by and through their respective counsel, hereby stipulate and request a referral pursuant to Crim. L.R. 11-1(a) to United States Magistrate Judge Laurel Beeler for July 15, 2013 at 9:30 a.m. in Courtroom C of the United States District Court, Northern District of California, San Francisco Courthouse.

Counsel for Jack Stringer spoke with Judge Beeler's courtroom clerk, who has reserved July 15, 2013 for a full day of settlement conference in this matter.

Dated: April 23, 2013

                                              _____/s/_____
                                              Jeffrey Nedrow
                                              Assistant United States Attorney

                                              _____/s/_____
                                              Jerry Y. Fong
                                              Attorney for Tracy Marasco

_____/s/_____
Anthony John Brass
Attorney for Xerxes Flores

_____/s/_____
Thomas J. Ferrito
Attorney for Russell Allgire

_____/s/_____
Thomas J. Nolan
Attorney for Jack Stringer

## **ATTESTATION PER GENERAL ORDER 45**

I, Thomas J. Nolan, am the ECF User whose ID and password being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that all parties whose electronic signatures appear above have concurred with this filing.

Thomas J. Nolan (SBN: 48413)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980 Fax (650) 326-9704

Attorneys for Defendant
Jack Stringer

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00295 EJD/HRL |
| Plaintiff, | **[PROPOSED] ORDER FOR SETTLEMENT CONFERENCE REFERRAL** |
| v. | |
| TRACY MARASCO, ET AL., | |
| Defendants. | |

    Having received a stipulation and request for Referral to Settlement Conference pursuant to Crim. L.R. 11-1(a), the Court hereby refers the above-captioned matter and all parties to Magistrate Judge Laurel Beeler on July 15, 2013, at 9:30 a.m. for Settlement Conference. Pursuant to Crim. L.R. 11-1(b), IT IS SO ORDERED.

Dated: April 26, 2013

                                                     _____
                                                    Hon. Edward J. Davila
                                                    United States District Judge